# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenneth Brown, Jr.,                 :

             Petitioner     :

                    :

        v.            :         No. 29 M.D. 2021

                    :

Commonwealth of Pennsylvania,  :

Department of Corrections of    :

Commonwealth of Pennsylvania,  :

           Respondents  :

**PER CURIAM**                     **O R D E R**

NOW, January 25, 2022, upon consideration of Petitioner's application for reargument, and Respondents' answer in response thereto, the application is denied.